United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 16-13229-jkf
Diane C. Green   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2   Date Rcvd: Aug 12, 2016
                            Form ID: 318   Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.
```
db             +Diane C. Green,    1839 W. Godfrey Ave.,    Philadelphia, PA 19141-1443
13722447       +Boscov's,    Credit Dept,    P.O. Box 49308,    San Jose, CA 95161-9308
13722450       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13722453       +Chass card Services,    P.O Box 15153,    Wilmington, DE 19886-5153
13722455       +Citi - Card Service Center,    PO Box 6276,    Sioux Falls, SD 57117-6276
13722456        Comenity - Lexus Visa,    PO Box 659820,    San Antonio, TX 78265-9120
13722457       +Frances Mac (MOTHER),    5811 N. 12th Street,    Philadelphia, PA 19141-4112
13722458        Home Depot Card Services,    P.O. Box 182676,    Columbus, OH 43218-2676
13722460        PayPal Credit,    P. O. Box 105658,    Atlanta, GA 30348-5658
13722461       +Peco,    PO Box 13439,    Philadelphia, PA 19101-3439
13722462       +Philadelphia Federal Credit Union,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13722466       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              EDI: BTPDERSHAW.COM Aug 13 2016 01:18:00       TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA  18974-0632
smg             E-mail/Text: bankruptcy@phila.gov Aug 13 2016 01:36:09       City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2016 01:35:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2016 01:35:50       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13722446       +E-mail/Text: seinhorn@ars-llc.biz Aug 13 2016 01:36:41       Ability Recovery Servi,
                 Po Box 4031,    Wyoming, PA 18644-0031
13722448       +EDI: CAPITALONE.COM Aug 13 2016 01:18:00       Cap1/Boscv,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
13722449        EDI: CAPITALONE.COM Aug 13 2016 01:18:00       Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
13722451       +E-mail/Text: kzoepfel@credit-control.com Aug 13 2016 01:35:35       Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
13722452       +EDI: CHASE.COM Aug 13 2016 01:18:00       Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13722454       +EDI: CITICORP.COM Aug 13 2016 01:18:00       Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13722459       +EDI: TSYS2.COM Aug 13 2016 01:18:00       Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13722463       +EDI: STF1.COM Aug 13 2016 01:18:00       Suntrust Mortgage/Cc 5,    1001 Semmes Ave,
                 Richmond, VA 23224-2245
13722464       +EDI: RMSC.COM Aug 13 2016 01:18:00       Syncb/Hh Gregg,    Po Box 965036,
                 Orlando, FL 32896-5036
13722465       +EDI: RMSC.COM Aug 13 2016 01:18:00       Syncb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
13722467        EDI: RMSC.COM Aug 13 2016 01:18:00       Walmart,    PO Box 530927,    Atlanta, GA 30353-0927
                                                                                                TOTAL: 15
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Aug 12, 2016
                              Form ID: 318             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         GEORGETTE   MILLER    on behalf of Debtor Diane C. Green info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Diane C. Green** | Social Security number or ITIN **xxx–xx–5457** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **16–13229–jkf**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Diane C. Green

8/11/16              **By the court:**   <u>Jean K. FitzSimon</u>
                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**